UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | CASE NO.:  3:22-cr-01314-JLS |
|---|---|
| PLAINTIFF, | |
| v. | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| CYNTHIA CARRILLO, | |
| DEFENDANT. | |

**IT IS HEREBY ORDERED** good cause appearing, that the joint motion to continue be granted and the Motion Hearing/Trial Setting in this matter now scheduled for September 9, 2022, be continued to October 14, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED THAT** time should be excluded under the Speedy Trial Act to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. See 18 U.S.C. §3161(h)(7)(B)(i), (iv).

**SO ORDERED.**

Dated:  September 8, 2022

Hon. Janis L. Sammartino
United States District Judge